**In re Richard HAMLETT, Debtor.**

**Richard Hamlett, Plaintiff–Appellant,**

v.

**Ocwen Federal Bank, FSB, Defendant–Appellee,**

**and**

**Evelyn K. Krippendorf, Trustee.**

**No. 02–1388.**

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 30, 2002.

Decided Oct. 10, 2002.

Gary M. Bowman, Roanoke, Virginia, for Appellant. Ross C. Hart, Hart & Hart Attorneys, Ltd., Roanoke, Virginia, for Appellee.

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Richard Hamlett appeals the district court's order affirming the bankruptcy court's order dismissing his action seeking

a declaration that certain liens held by Ocwen Federal Bank are void. Our review of the record, the parties' briefs, and the opinions below discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Hamlett v. Ocwen Federal Bank,* No. CA–01–632–7 (W.D.Va. Mar. 11, 2002); No. BK–98–2653–7–RKR (Bankr.W.D.Va. July 6, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*